RECEIVED

JUN 1 0 2015
@ 4:00 pm

# STATE of TEXAS
## CITATION

### Cause No. 32-SC-15-00123

| | | |
|---|---|---|
| **DAVID E. MACK** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT 3, PLACE 2** |
| **MIDLAND CREDIT MANAGEMENT, INC.** | § | **COLLIN COUNTY, TEXAS** |

THE STATE OF TEXAS TO **MIDLAND CREDIT MANAGEMENT, INC.**, DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

Citation Placed in the Hands of:  **Plaintiff for private process**
Type of Case:  **Small Claims**

### STYLE

| **Plaintiff** | **Defendant** |
|---|---|
| **DAVID E. MACK** | **MIDLAND CREDIT MANAGEMENT, INC.** |
| **7720 McCallum Blvd** | **8875 Aero Drive** |
| **#2099** | **Suite 200** |
| **Dallas TX  75252** | **San Diego CA  92123** |
| **Represented By:** | **By Serving:** |
| , *attorney* | |

This citation is issued pursuant to a petition filed by the above-named plaintiff on April 13, 2015.

Your answer may be filed with this Court, at 920 E. Park Boulevard, Suite 210, Plano, Texas, 75074.

 ISSUED this the 16th day of April, 2015.

JUDGE JOHN E. PAYTON
JUSTICE of the PEACE
PRECINT 3, PLACE 2
COLLIN COUNTY
920 E. PARK BLVD., STE. 210
PLANO, TEXAS 75074
(972) 881-3180

DELIVERED:
ON: 6/11/15
BY: _____ SCH 3052
@: 5:20 am/pm

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): _32-SC-15-00123_

Plaintiff(s): **_David E. Mack_**

Address: _7720 McCallum Blvd. #2099_

| _Dallas_ | _Texas_ | _75252_ | _972-735-9642_ |
|---|---|---|---|
| City | State | Zip | Phone |

VS.

Defendant(s): **_Midland Credit Management, Inc._**

Address: _8875 Aero Drive, Suite 200_

| _San Diego_ | _CA_ | _93123_ | _800-825-8131_ |
|---|---|---|---|
| City | State | Zip | Phone |

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT _3-2_

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is: _Plaintiff received a call on his wireless phone on November 30, 2013 at 8:27 AM from the Defendant who used ATDS capable equipment to call his wireless phone number 682-560-1675 from 877-237-0512 without Plaintiff's express consent to do so in violation of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227 et.seq._

**RELIEF:** Plaintiff seeks damages in the amount of $ _1500_ , and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action including but no limited to, any attorney's fees._

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a/ CSC - Lawyers Incorporating Service Company, 211 E. 7th St._
_Austin, TX 78701_

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:
_____

_David E. Mack_

Petitioner's Printed Name

Signature of Plaintiff or Attorney

_7720 McCallum Blvd. #2099_

Address of Plaintiff or Attorney

**Defendant's Information (If known):**

Date of Birth: _____

Last 3 Numbers of Driver's License: _____

Last 3 Numbers of SSN: _____

Defendant's Phone Number: _800-825-8131_

| _Dallas_ | _Texas_ | _75252_ |
|---|---|---|
| City | State | Zip |

_972-735-9642_

Phone Number/Fax Number

**AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)**
**CAUSE NUMBER:** _32-SC-15-00123_

*FILED*
*2015 APR 13 PM*

| | | |
|---|---|---|
| _David E. Mack_____, **PLAINTIFF** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT  3-2** |
| _Midland Credit Manageme_ , **DEFENDANT** | § | **COLLIN COUNTY, TEXAS** |

My name is [*please print*] _David E. Mack_____.

I am [*check one*] ☑ the plaintiff or ☐ an authorized agent of the plaintiff in the case described above. I am capable of making this affidavit. I have been duly sworn on oath and the facts in this affidavit are within my personal knowledge and are true and correct.

[*check or fill in as applicable*]

☑ **1.** No defendant in this case is on active duty in the U.S. military (Army, Navy, Air Force, Marines or Coast Guard). The facts on which I base my conclusion are as follows:_____
_The Defendant is a corporation and cannot serve in the U.S. Military_____
_____
_____

☐ **2.** Defendant [*insert name(s)]*_____ is on active duty in the U.S. military.

☐ **3.** Defendant [*insert name(s)]* _____has been deployed by the U.S. military to a foreign country.

☐ **4.** Plaintiff and the undersigned (if the undersigned is acting agent of plaintiff) are not able to determine whether any defendant is in the U.S. military – except for any defendant named in **2** above.

☐ **5.** Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant who is in the U.S. military has been deployed to a foreign country – except for any defendant named in **3** above.

☐ **6.** Defendant [*insert name(s)]* _____ has signed, while on active duty, a ***separate written waiver*** of his or her rights under the U.S. Servicemembers Civil Relief Act of 2003.

_____
Affiant

**Sworn to and subscribed** before me on this the _13th_ day of _Apr._, 20_15_.

_____
(Judge) (Clerk)
Justice Court, Precinct _3-2_
Collin County, Texas

**CLERK OF COURT**
**JUSTICE COURT**
**PCT. 3, PL 2**
Notary Public in and for the State of Texas

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* __32-SC-1500123__

STYLED *David E. Mack v. Midland Credit Management, Inc.*
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

### 1. Contact information for person completing case information sheet:

Name: *David E. Mack*

Telephone: *972-735-9642*

Address: *7720 McCallum Blvd. #2099*

Fax:

City/State/Zip: *Dallas    TX    75252*

State Bar No:

Email: *mack2001@swbell.net*

Signature:

### 2. Names of parties in case:

Plaintiff(s): *David E. Mack*

Defendant(s): *Midland Credit Management, Inc.*

[Attach additional page as necessary to list all parties]

### 3. Indicate case type, or identify the most important issue in the case *(select only 1)*:

☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Eviction**: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☑ **Small Claims**: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

FILED 2015 APR 13 PM 2:47 JUSTICE COURT PRECINCT #1 COLLIN COUNTY TEXAS